AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Rovner, Ilana D. | 2. Court or Organization<br><br>7th Circuit Court of Appeals | 3. Date of Report<br><br>07/29/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>United States Court of Appeals<br>219 S. Dearborn St.<br>Chicago, IL 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member Emeritus, Board of Trustees | ▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| 2. | Member, Board of Overseers | ▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| 3. | Member, Board of Directors | ▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| 4. | Trustee | Trust |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

Rovner, Ilana D.

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/29/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 10/16/10 | Rainbow Hospice | $2,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/29/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Partial Honorary Membership | ▨▨▨▨ | $1,800.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | CitiMortgage | Cosigner on ▨▨ mortgage. | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/29/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Industrial Development Bank of Israel, Ltd. | | None | J | T | | | | | |
| 2. Brokerage Acct #1 | | | | | | | | | |
| 3. -Fidelity Municipal MMF | A | Dividend | | | Closed | 03/02/10 | J | | |
| 4. -Fidelity AMT Tax-Free Money Fund (FIMXX) (Y) | | None | | | Sold | 01/01/10 | J | | See Note 6 |
| 5. -AT&T Inc Com | A | Dividend | | | Distributed | 02/23/10 | K | | Transfer to Trust #4 |
| 6. -Agnico Eagle Mines Com NPV | | None | | | Distributed | 02/23/10 | J | | Transfer to Trust #4 |
| 7. -Alcoa Inc | A | Dividend | | | Distributed | 02/23/10 | J | | Transfer to Trust #4 |
| 8. -Anadarko Pete Corp | | None | | | Distributed | 02/23/10 | J | | Transfer to Trust #4 |
| 9. -Apple Inc | | None | | | Distributed | 02/23/10 | J | | Transfer to Trust #4 |
| 10. -Brocade Communications Sys | | None | | | Distributed | 02/23/10 | J | | Transfer to Trust #4 |
| 11. -Enbridge Energy Partners LP | A | Distribution | | | Distributed | 02/23/10 | J | | Transfer to Trust #4 |
| 12. -Govt Pptys Income Tr Com Shs | A | Dividend | | | Distributed | 02/23/10 | K | | Transfer to Trust #4 |
| 13. -Ishares Inc MSCI Canada Index Fd | | None | | | Distributed | 02/23/10 | K | | Transfer to Trust #4 |
| 14. -ITC Hldgs Corp | | None | | | Distributed | 02/23/10 | J | | Transfer to Trust #4 |
| 15. -Pimco Mun Income Fd II | A | Dividend | | | Distributed | 02/23/10 | K | | Transfer to Trust #4 |
| 16. -Range Resources Corp | | None | | | Distributed | 02/23/10 | J | | Transfer to Trust #4 |
| 17. -SPDR Ser Tr Morgan Stanley Tech | | None | | | Distributed | 02/23/10 | J | | Transfer to Trust #4 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/29/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Tata Motors Limited Adr Ea Rep | | None | | | Distributed | 02/23/10 | K | | Transfer to Trust #4 |
| 19. -Fidelity Canada (FICDX) | | None | | | Distributed | 02/23/10 | K | | Transfer to Trust #4 |
| 20. -American Century Tax Free Bond (TWTIX) | A | Dividend | | | Buy (add'l) | 01/01/10 | J | | |
| 21. | | | | | Buy (add'l) | 01/29/10 | J | | |
| 22. | | | | | Distributed | 02/23/10 | K | | Transfer to Trust #4 |
| 23. -Baird Intermediate Muni Bond Invs Cl (BMBSX) | A | Dividend | | | Buy (add'l) | 01/25/10 | J | | |
| 24. | | | | | Distributed | 02/23/10 | M | | Transfer to Trust #4 |
| 25. -Marshall Intermed Tax Free Cl Y (MITFX) | A | Dividend | | | Buy (add'l) | 01/01/10 | J | | |
| 26. | | | | | Buy (add'l) | 01/29/10 | J | | |
| 27. | | | | | Distributed | 02/23/10 | K | | Transfer to Trust #4 |
| 28. -Pimco Total Return Class D (PTTDX) | A | Dividend | | | Buy (add'l) | 01/01/10 | J | | |
| 29. | | | | | Buy (add'l) | 01/29/10 | J | | |
| 30. | | | | | Distributed | 02/23/10 | K | | Transfer to Trust #4 |
| 31. -T Rowe Price Tax Free Short Inter (PRFSX) | A | Dividend | | | Buy (add'l) | 01/01/10 | J | | |
| 32. | | | | | Buy (add'l) | 01/29/10 | J | | |
| 33. | | | | | Distributed | 02/23/10 | M | | Transfer to Trust #4 |
| 34. -Thornburg Ltd Term Municipal Fund Cl A (LTMFX) | A | Dividend | | | Buy (add'l) | 01/01/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/29/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 01/29/10 | J | | |
| 36. | | | | | Distributed | 02/23/10 | J | | Transfer to Trust #4 |
| 37. -Thornburg Strategic Municipal Income C (TSSCX) | A | Dividend | | | Buy (add'l) | 01/01/10 | J | | |
| 38. | | | | | Buy (add'l) | 01/29/10 | J | | |
| 39. | | | | | Distributed | 02/23/10 | L | | Transfer to Trust #4 |
| 40. -Vanguard GNMA (VFIIX) | A | Dividend | | | Buy (add'l) | 01/01/10 | J | | |
| 41. | | | | | Buy (add'l) | 01/29/10 | J | | |
| 42. | | | | | Distributed | 02/23/10 | J | | Transfer to Trust #4 |
| 43. -Wells Fargo Ultra Shrt Tm Muni Inc-Adv (SMUAX) | A | Dividend | | | Buy (add'l) | 01/01/10 | J | | |
| 44. | | | | | Buy (add'l) | 01/29/10 | J | | |
| 45. | | | | | Distributed | 02/23/10 | K | | Transfer to Trust #4 |
| 46. -Wells Fargo Short Term Muni Bd-Invest (STSMX) | A | Dividend | | | Buy (add'l) | 01/01/10 | J | | |
| 47. | | | | | Buy (add'l) | 01/29/10 | J | | |
| 48. | | | | | Distributed | 02/23/10 | L | | Transfer to Trust #4 |
| 49. -Hatteras Finl Corp Com (HTS) | A | Dividend | | | Distributed | 02/23/10 | K | | Transfer to Trust #4 |
| 50. IRA Acct #1 | A | Dividend | | | | | | | |
| 51. -ML Bank USA Rasp | | | | | Closed | 04/23/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/29/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52.  -Eaton Vance Tax Advantage | | | | | Distributed | 04/23/10 | J | | Transfer to IRA #8 |
| 53.  -Old Mutal/Claymore Shrt Fund | | | | | Buy (add'l) | 01/08/10 | J | | |
| 54. | | | | | Buy (add'l) | 03/31/10 | J | | |
| 55. | | | | | Buy (add'l) | 04/06/10 | J | | |
| 56. | | | | | Sold (part) | 04/23/10 | J | | |
| 57. | | | | | Distributed | 04/23/10 | J | | Transfer to IRA #8 |
| 58.  -Visa Inc. Cl A Shrs | | | | | Open | 02/26/10 | J | | Transfer From IRA Acct #2 |
| 59. | | | | | Distributed | 04/23/10 | J | | Transfer to IRA #8 |
| 60.  -Blackrock Cap & Inc Strat. | | | | | Open | 02/26/10 | J | | Transfer From IRA Acct #2 |
| 61. | | | | | Distributed | 04/23/10 | J | | Transfer to IRA #8 |
| 62.  IRA Acct #2 | A | Distribution | | | | | | | |
| 63.  -ML Bank USA Rasp | | | | | Closed | 02/26/10 | J | | |
| 64.  -ML Retirement Reserves CL I | | | | | Closed | 02/26/10 | J | | |
| 65.  -Visa Inc. Cl A Shrs | | | | | Distributed | 02/26/10 | J | | Transfer to IRA Acct #1 |
| 66.  -Blackrock Cap & Inc Strat. | | | | | Buy (add'l) | 01/06/10 | J | | |
| 67. | | | | | Distributed | 02/26/10 | J | | Transfer to IRA Acct #1 |
| 68.  IRA Acct #3 | A | Distribution | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/29/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date nun/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. -Fidelity Ginnie Mae | | | | | Buy (add'l) | 01/29/10 | J | | |
| 70. | | | | | Buy (add'l) | 02/22/10 | J | | |
| 71. | | | | | Distributed | 02/22/10 | J | | Transfer to IRA Acct #5 |
| 72. -Fidelity Canada | | | | | Distributed | 02/22/10 | J | | Transfer to IRA Acct #5 |
| 73. -Fidelity Cash Reserves | | | | | Buy (add'l) | 01/29/10 | J | | |
| 74. | | | | | Buy (add'l) | 02/22/10 | J | | |
| 75. | | | | | Distributed | 02/22/10 | K | | Transfer to IRA Acct #5 |
| 76. IRA Acct. #4 | A | Dividend | | | | | | | |
| 77. -VMMR Federal Portfolio | | | | | Closed | 08/13/10 | J | | |
| 78. -Vangaurd Engery (Y) | | | | | Open | 02/23/10 | K | | Transfer from IRA Acct #6 |
| 79. | | | | | Distributed | 08/13/10 | K | | Transfer to IRA Acct #8 |
| 80. IRA Acct #5 | B | Dividend | L | T | | | | | |
| 81. -Fidelity Cash Reserves | | | | | Open | 02/22/10 | K | | Transfer From IRA Acct #3 |
| 82. | | | | | Buy (add'l) | 03/02/10 | J | | |
| 83. | | | | | Buy (add'l) | 03/04/10 | J | | |
| 84. -Fidelity Government Income | | | | | Buy (add'l) | 01/29/10 | J | | |
| 85. | | | | | Buy (add'l) | 02/26/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/29/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 03/31/10 | J | | |
| 87. | | | | | Buy (add'l) | 04/30/10 | J | | |
| 88. | | | | | Buy (add'l) | 05/28/10 | J | | |
| 89. | | | | | Buy (add'l) | 06/30/10 | J | | |
| 90. | | | | | Buy (add'l) | 07/30/10 | J | | |
| 91. | | | | | Buy (add'l) | 08/31/10 | J | | |
| 92. | | | | | Buy (add'l) | 09/08/10 | J | | |
| 93. | | | | | Buy (add'l) | 09/30/10 | J | | |
| 94. | | | | | Buy (add'l) | 10/29/10 | J | | |
| 95. | | | | | Sold (part) | 11/29/10 | J | | |
| 96. | | | | | Buy (add'l) | 11/30/10 | J | | |
| 97. | | | | | Buy (add'l) | 12/17/10 | J | | |
| 98. | | | | | Buy (add'l) | 12/31/10 | J | | |
| 99. -Fidelity Government Money Mkt (Y) | | | | | | | | | |
| 100. | | | | | Open | 03/16/10 | J | | Transfer from Retirement 2 |
| 101. | | | | | Sold (part) | 11/26/10 | J | | |
| 102. -Fidelity Ginnie Mae | | | | | Open | 02/22/10 | J | | Transfer From IRA Acct #3 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/29/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 02/26/10 | J | | |
| 104. | | | | | Buy (add'l) | 03/31/10 | J | | |
| 105. | | | | | Buy (add'l) | 04/30/10 | J | | |
| 106. | | | | | Buy (add'l) | 05/28/10 | J | | |
| 107. | | | | | Buy (add'l) | 06/30/10 | J | | |
| 108. | | | | | Buy (add'l) | 07/30/10 | J | | |
| 109. | | | | | Buy (add'l) | 08/31/10 | J | | |
| 110. | | | | | Buy (add'l) | 09/08/10 | J | | |
| 111. | | | | | Buy (add'l) | 09/30/10 | J | | |
| 112. | | | | | Buy (add'l) | 10/29/10 | J | | |
| 113. | | | | | Sold (part) | 11/29/10 | J | A | |
| 114. | | | | | Buy (add'l) | 11/30/10 | J | | |
| 115. | | | | | Buy (add'l) | 12/10/10 | J | | |
| 116. | | | | | Buy (add'l) | 12/31/10 | J | | |
| 117. -Fidelity Canada | | | | | Open | 02/22/10 | J | | Transfer From IRA Acct #3 |
| 118. | | | | | Sold (part) | 11/26/10 | J | A | |
| 119. | | | | | Buy (add'l) | 12/03/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/29/2011 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 12/30/10 | J | | |
| 121. IRA Acct #6 | | None | | | | | | | |
| 122. -Vanguard Energy (Y) | | | | | Distributed | 02/23/10 | K | | Transfer to IRA Acct #4 |
| 123. JP Morgan Chase Accounts | A | Interest | | | Closed | 02/23/10 | J | | |
| 124. Retirement Acct. #1 | | None | | | | | | | |
| 125. -Teachers Ins & Ann Assn | | | | | Sold | 04/27/10 | J | | |
| 126. -Coll Rtrmnt Equ Fu | | | | | Sold | 04/27/10 | J | | |
| 127. IRA Acct #7 | C | Int./Div. | | | | | | | |
| 128. -Schwab Cash Reserves | | | | | Closed | 02/22/10 | J | | |
| 129. -Vanguard GNMA Fund | | | | | Buy (add'l) | 01/29/10 | J | | |
| 130. | | | | | Distributed | 02/22/10 | M | | Transfer to IRA #8 |
| 131. -Vanguard Short Term Investmt Grade Fd | | | | | Buy (add'l) | 01/29/10 | J | | |
| 132. | | | | | Distributed | 02/22/10 | J | | Transfer to IRA #8 |
| 133. -TRowe Price New Era Fd | | | | | Distributed | 02/22/10 | J | | Transfer to IRA #8 |
| 134. -Conocophillips | | | | | Distributed | 02/22/10 | J | | Transfer to IRA #8 |
| 135. -Intl Business Machines (IBM) | | | | | Distributed | 02/22/10 | J | | Transfer to IRA #8 |
| 136. -Sequoia | | | | | Distributed | 02/22/10 | J | | Transfer to IRA #8 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Rovner, Ilana D. | 07/29/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Cerner | | | | | Distributed | 02/22/10 | K | | Transfer to IRA #8 |
| 138. -Citigroup Inc | | | | | Distributed | 02/22/10 | J | | Transfer to IRA #8 |
| 139. -Devon Energy CP | | | | | Buy (add'l) | 01/04/10 | J | | |
| 140. | | | | | Distributed | 02/22/10 | J | | Transfer to IRA #8 |
| 141. -Dominion Res Inc va | | | | | Distributed | 02/22/10 | J | | Transfer to IRA #8 |
| 142. -Gafisa Adr | | | | | Distributed | 02/22/10 | J | | Transfer to IRA #8 |
| 143. -Kinder Morgan Mgmt LLC | | | | | Distributed | 02/22/10 | K | | Transfer to IRA #8 |
| 144. -Pimco Corp Income Fund | | | | | Buy (add'l) | 02/05/10 | J | | |
| 145. | | | | | Distributed | 02/22/10 | K | | Transfer to IRA #8 |
| 146. -Randgold Res Ltd Adr | | | | | Distributed | 02/22/10 | J | | Transfer to IRA #8 |
| 147. -Tellabs Inc | | | | | Distributed | 02/22/10 | J | | Transfer to IRA #8 |
| 148. -Verizon Communications | | | | | Distributed | 02/22/10 | J | | Transfer to IRA #8 |
| 149. -Warner Chilcott Plc | | | | | Distributed | 02/22/10 | K | | Transfer to IRA #8 |
| 150. -Harbor Bond Fund Inst Cl | | | | | Distributed | 02/22/10 | J | | Transfer to IRA #8 |
| 151. -Janus Short Term Bd Fd | | | | | Buy (add'l) | 01/29/10 | J | | |
| 152. | | | | | Distributed | 02/22/10 | K | | Transfer to IRA #8 |
| 153. -Ridgeworth US Gov Sec | | | | | Buy (add'l) | 01/29/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/29/2011 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. | | | | | Distributed | 02/22/10 | K | | Transfer to IRA #8 |
| 155. -TCW Total Return Bond | | | | | Buy (add'l) | 01/29/10 | J | | |
| 156. | | | | | Distributed | 02/22/10 | K | | Transfer to IRA #8 |
| 157. -Thompson Plumb Bond Fund | | | | | Distributed | 02/22/10 | K | | Transfer to IRA #8 |
| 158. -Vanguard Short Term Bond | | | | | Buy (add'l) | 01/29/10 | J | | |
| 159. | | | | | Distributed | 02/22/10 | K | | Transfer to IRA #8 |
| 160. -Annaly Capital Mgmt | | | | | Buy (add'l) | 01/28/10 | J | | |
| 161. | | | | | Distributed | 02/22/10 | K | | Transfer to IRA #8 |
| 162. -Government Ppty Income Tr | | | | | Buy (add'l) | 02/01/10 | J | | |
| 163. | | | | | Distributed | 02/22/10 | K | | Transfer to IRA #8 |
| 164. -Ishares Iboxx Investop | | | | | Distributed | 02/22/10 | J | | Transfer to IRA #8 |
| 165. -Ishares Msci Brazil Indx | | | | | Distributed | 02/22/10 | K | | Transfer to IRA #8 |
| 166. -Ishares Tr Barclay Tips | | | | | Buy (add'l) | 01/05/10 | J | | |
| 167. | | | | | Buy (add'l) | 02/08/10 | J | | |
| 168. | | | | | Distributed | 02/22/10 | J | | Transfer to IRA #8 |
| 169. -Ishares Trust Dow Jones | | | | | Distributed | 02/22/10 | J | | Transfer to IRA #8 |
| 170. -National Retail Pptys | | | | | Buy (add'l) | 02/17/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/29/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Distributed | 02/22/10 | K | | Transfer to IRA #8 |
| 172. -Plum Creek Timber Co | | | | | Distributed | 02/22/10 | J | | Transfer to IRA #8 |
| 173. -Spdr Gold Trust | | | | | Distributed | 02/22/10 | J | | Transfer to IRA #8 |
| 174. -Aluminum Corp China ADR | | | | | Distributed | 02/22/10 | J | | Transfer to IRA #8 |
| 175. -Bank of America Corp | | | | | Distributed | 02/22/10 | J | | Transfer to IRA #8 |
| 176. Brokerage Acct. #2 | | | | | | | | | |
| 177. -Schwab Tax Exempt MMF | A | Dividend | | | Closed | 02/22/10 | K | | |
| 178. -Alaska Air Group Inc | | None | | | Distributed | 02/22/10 | K | | Transfer to Trust #2 |
| 179. -Alcoa Inc | A | Dividend | | | Distributed | 02/22/10 | J | | Transfer to Trust #2 |
| 180. -Anadarko Petroleum Corp | | None | | | Distributed | 02/22/10 | J | | Tramsfer to Trust #2 |
| 181. -Bank of America Corp | | None | | | Distributed | 02/22/10 | J | | Transfer to Trust #2 |
| 182. -Brocade Communs Sys New | | None | | | Distributed | 02/22/10 | J | | Transfer to Trust #2 |
| 183. -Canadian Natural Res | A | Dividend | | | Distributed | 02/22/10 | J | | Transfer to Trust #2 |
| 184. -Cemer Corp | | None | | | Distributed | 02/22/10 | J | | Transfer to Trust #2 |
| 185. -Eaton Vance Tax Managed | A | Dividend | | | Distributed | 02/22/10 | J | | Transfer to Trust #2 |
| 186. -Freeport McMom 6.75% pfd | A | Dividend | | | Buy (add'l) | 02/02/10 | J | | |
| 187. | | | | | Distributed | 02/22/10 | J | | Transfer to Trust #2 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/29/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. -Iamgold Corp | A | Dividend | | | Distributed | 02/22/10 | J | | Transfer to Trust #2 |
| 189. -JPMorgan Chase & Co | A | Dividend | | | Distributed | 02/22/10 | K | | Transfer to Trust #2 |
| 190. -Novellus Systems Inc. | | None | | | Distributed | 02/22/10 | K | | Transfer to Trust #2 |
| 191. -Pimco Municipal Incm Fd | A | Dividend | | | Buy (add'l) | 02/02/10 | J | | |
| 192. | | | | | Distributed | 02/22/10 | J | | Transfer to Trust #2 |
| 193. -Plum Creek Timber Co | A | Dividend | | | Distributed | 02/22/10 | J | | Transfer to Trust #2 |
| 194. -Vale Capital Ltd 5.5% 10F | | None | | | Distributed | 02/22/10 | J | | Transfer to Trust #2 |
| 195. -Baird Intermediate Muni | A | Dividend | | | Buy (add'l) | 01/25/10 | J | | |
| 196. | | | | | Distributed | 02/22/10 | K | | Transfer to Trust #2 |
| 197. -Pimco High Yield Muni Bd | A | Dividend | | | Buy (add'l) | 01/29/10 | J | | Transfer to Trust #2 |
| 198. | | | | | Distributed | 02/22/10 | J | | |
| 199. -T Rowe Price Tax Free | A | Dividend | | | Buy (add'l) | 01/29/10 | J | | |
| 200. | | | | | Distributed | 02/22/10 | K | | Transfer to Trust #2 |
| 201. -Vanguard Gnma Fund | A | Dividend | | | Buy (add'l) | 01/29/10 | J | | |
| 202. | | | | | Distributed | 02/22/10 | L | | Transfer to Trust #2 |
| 203. -Wells Fargo Advantage | A | Dividend | | | Buy (add'l) | 01/29/10 | J | | |
| 204. | | | | | Distributed | 02/22/10 | K | | Transfer to Trust #2 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/29/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Retirement Acct. #2 | | None | | | | | | | |
| 206. -Fidelity Cash Reserve (Y) | | | | | Distributed | 03/16/10 | J | | Transfer to IRA #5 |
| 207. Sun Life Main Register Common Shares | | None | | | Distributed | 02/26/10 | J | | Transfer to Trust #2 |
| 208. Brokerage Acct #3 | | | | | | | | | |
| 209. -Fidelity Tax-Free Money Market | | | | | Distributed | 02/23/10 | J | | Transfer to Trust #4 |
| 210. Brokerage Acct. #4 | | | | | | | | | |
| 211. -ML Ready Asset Trust | | None | | | Closed | 04/26/10 | L | | |
| 212. -Clough Global Opptys | A | Dividend | | | Sold (part) | 04/26/10 | J | | . |
| 213. | | | | | Distributed | 04/26/10 | J | | Transfer to Trust #1 |
| 214. -Eaton Vance Enhanced Equity Fund | A | Dividend | | | Distributed | 04/26/10 | J | | Transfer to Trust #1 |
| 215. -KBW Inc. | | None | | | Distributed | 04/26/10 | J | | Transfer to Trust #1 |
| 216. -Travelers Cos. Inc. | A | Dividend | | | Distributed | 04/26/10 | J | | Transfer to Trust #1 |
| 217. -Nuveen Core Equity Alpha Fund | A | Dividend | | | Sold (part) | 04/26/10 | J | | |
| 218. | | | | | Distributed | 04/26/10 | J | | Transfer to Trust #1 |
| 219. -Blackrock Long Term Mun | B | Dividend | | | Buy (add'l) | 01/13/10 | J | | |
| 220. | | | | | Buy (add'l) | 02/01/10 | J | | |
| 221. | | | | | Buy (add'l) | 03/01/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/29/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 04/01/10 | J | | |
| 223. | | | | | Sold (part) | 04/26/10 | J | | |
| 224. | | | | | Distributed (part) | 04/26/10 | L | | Transfer to Trust #1 |
| 225. | | | | | Buy (add'l) | 05/03/10 | J | | |
| 226. | | | | | Sold (part) | 05/17/10 | J | | |
| 227. | | | | | Distributed | 05/17/10 | J | | Transfer to Trust #1 |
| 228. -Pimco Global Stockplus Income Fund | A | Dividend | | | Distributed | 04/26/10 | J | | Transfer to Trust #1 |
| 229. Trust #1- Account No. 2 | D | Dividend | P1 | T | | | | | |
| 230. | A | Interest | | | | | | | |
| 231. | B | Royalty | | | | | | | |
| 232. -Sch AMT TF Money Market Fd (SWFXX) | | | | | Buy (add'l) | 01/19/10 | J | | |
| 233. | | | | | Buy (add'l) | 01/28/10 | J | | |
| 234. | | | | | Buy (add'l) | 02/01/10 | J | | |
| 235. | | | | | Buy (add'l) | 02/02/10 | J | | |
| 236. | | | | | Buy (add'l) | 02/16/10 | J | | |
| 237. | | | | | Buy (add'l) | 02/26/10 | J | | |
| 238. | | | | | Buy (add'l) | 03/01/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/29/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. | | | | | Buy (add'l) | 03/02/10 | J | | |
| 240. | | | | | Buy (add'l) | 03/08/10 | J | | |
| 241. | | | | | Buy (add'l) | 03/12/10 | J | | |
| 242. | | | | | Buy (add'l) | 03/15/10 | J | | |
| 243. | | | | | Buy (add'l) | 03/16/10 | J | | |
| 244. | | | | | Buy (add'l) | 04/12/10 | J | | |
| 245. | | | | | Buy (add'l) | 04/16/10 | J | | |
| 246. | | | | | Buy (add'l) | 04/27/10 | J | | |
| 247. | | | | | Buy (add'l) | 04/28/10 | J | | |
| 248. | | | | | Buy (add'l) | 04/29/10 | J | | |
| 249. | | | | | Buy (add'l) | 05/03/10 | J | | |
| 250. | | | | | Buy (add'l) | 05/04/10 | L | | |
| 251. | | | | | Buy (add'l) | 05/06/10 | J | | |
| 252. | | | | | Buy (add'l) | 05/10/10 | J | | |
| 253. | | | | | Buy (add'l) | 05/17/10 | J | | |
| 254. | | | | | Buy (add'l) | 05/26/10 | J | | |
| 255. | | | | | Buy (add'l) | 05/27/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/29/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. | | | | | Buy (add'l) | 06/01/10 | J | | |
| 257. | | | | | Buy (add'l) | 06/02/10 | J | | |
| 258. | | | | | Buy (add'l) | 06/04/10 | J | | |
| 259. | | | | | Buy (add'l) | 06/11/10 | J | | |
| 260. | | | | | Buy (add'l) | 06/15/10 | J | | |
| 261. | | | | | Buy (add'l) | 06/16/10 | J | | |
| 262. | | | | | Buy (add'l) | 06/28/10 | J | | |
| 263. | | | | | Buy (add'l) | 06/30/10 | J | | |
| 264. | | | | | Buy (add'l) | 07/01/10 | J | | |
| 265. | | | | | Buy (add'l) | 07/02/10 | J | | |
| 266. | | | | | Buy (add'l) | 07/06/10 | J | | |
| 267. | | | | | Buy (add'l) | 07/12/10 | K | | |
| 268. | | | | | Buy (add'l) | 07/16/10 | J | | |
| 269. | | | | | Buy (add'l) | 07/29/10 | J | | |
| 270. | | | | | Buy (add'l) | 08/02/10 | J | | |
| 271. | | | | | Buy (add'l) | 08/03/10 | J | | |
| 272. | | | | | Buy (add'l) | 08/16/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/29/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. | | | | | Buy (add'l) | 08/26/10 | J | | |
| 274. | | | | | Buy (add'l) | 08/27/10 | J | | |
| 275. | | | | | Buy (add'l) | 09/01/10 | J | | |
| 276. | | | | | Buy (add'l) | 09/02/10 | M | | |
| 277. | | | | | Buy (add'l) | 09/03/10 | J | | |
| 278. | | | | | Buy (add'l) | 09/10/10 | J | | |
| 279. | | | | | Buy (add'l) | 09/16/10 | J | | |
| 280. | | | | | Buy (add'l) | 09/17/10 | J | | |
| 281. | | | | | Buy (add'l) | 09/20/10 | J | | |
| 282. | | | | | Buy (add'l) | 09/27/10 | J | | |
| 283. | | | | | Buy (add'l) | 09/30/10 | J | | |
| 284. | | | | | Buy (add'l) | 10/01/10 | J | | |
| 285. | | | | | Buy (add'l) | 10/04/10 | J | | |
| 286. | | | | | Buy (add'l) | 10/18/10 | J | | |
| 287. | | | | | Buy (add'l) | 10/28/10 | J | | |
| 288. | | | | | Buy (add'l) | 11/01/10 | J | | |
| 289. | | | | | Buy (add'l) | 11/02/10 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/29/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy (add'l) | 11/16/10 | J | | |
| 291. | | | | | Buy (add'l) | 11/29/10 | J | | |
| 292. | | | | | Buy (add'l) | 12/01/10 | J | | |
| 293. | | | | | Buy (add'l) | 12/02/10 | J | | |
| 294. | | | | | Buy (add'l) | 12/03/10 | J | | |
| 295. | | | | | Buy (add'l) | 12/08/10 | J | | |
| 296. | | | | | Buy (add'l) | 12/10/10 | J | | |
| 297. | | | | | Buy (add'l) | 12/15/10 | J | | |
| 298. | | | | | Buy (add'l) | 12/16/10 | J | | |
| 299. | | | | | Buy (add'l) | 12/27/10 | J | | |
| 300. | | | | | Buy (add'l) | 12/28/10 | J | | |
| 301. | | | | | Buy (add'l) | 12/30/10 | J | | |
| 302. -Sch AMT Tax-Free Money Mt Fd (SWWXX) | | | | | Buy (add'l) | 01/15/10 | J | | |
| 303. | | | | | Buy (add'l) | 02/16/10 | J | | |
| 304. | | | | | Buy (add'l) | 03/15/10 | J | | |
| 305. | | | | | Buy (add'l) | 04/15/10 | J | | |
| 306. | | | | | Buy (add'l) | 05/17/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/29/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 307. | | | | | Buy (add'l) | 06/15/10 | J | | |
| 308. | | | | | Buy (add'l) | 07/15/10 | J | | |
| 309. | | | | | Buy (add'l) | 08/16/10 | J | | |
| 310. | | | | | Buy (add'l) | 09/15/10 | J | | |
| 311. | | | | | Buy (add'l) | 10/15/10 | J | | |
| 312. | | | | | Buy (add'l) | 11/15/10 | J | | |
| 313. | | | | | Buy (add'l) | 12/31/10 | J | | |
| 314.  -Allen Cnty IN Comm Bonds | | | | | | | | | |
| 315.  -Detroit MI City Schl Bonds | | | | | Sold | 05/01/10 | K | A | |
| 316.  -Meridian MI Publ Schl Bonds | | | | | Sold | 05/01/10 | K | A | |
| 317.  -Zeeland MI Pub School Bonds | | | | | | | | | |
| 318.  -AT&T Inc. CS | | | | | | | | | |
| 319.  -Archer-Daniels-Midland Co. | | | | | | | | | |
| 320.  -Bank of America Corp | | | | | | | | | |
| 321.  -Comcast Corp New CL A | | | | | | | | | |
| 322.  -Grupo Televisa SA De CVF | | | | | | | | | |
| 323.  -Intel Corp. CS | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/29/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. -Marriott Intl Inc. Cl A CS | | | | | Sold (part) | 07/06/10 | K | E | |
| 325. -Medtronic, Inc. | | | | | | | | | |
| 326. -Schnitzer Stl Inds Cl A | | | | | | | | | |
| 327. -Teck Cominco Ltd Cl B | | | | | | | | | |
| 328. -Wynn Resorts | | | | | | | | | |
| 329. -Fidelity Govt Income Fund | | | | | Buy (add'l) | 01/29/10 | J | | |
| 330. | | | | | Buy (add'l) | 02/26/10 | J | | |
| 331. | | | | | Buy (add'l) | 03/31/10 | J | | |
| 332. | | | | | Buy (add'l) | 04/30/10 | J | | |
| 333. | | | | | Buy (add'l) | 05/28/10 | J | | |
| 334. | | | | | Buy (add'l) | 06/30/10 | J | | |
| 335. | | | | | Buy (add'l) | 07/30/10 | J | | |
| 336. | | | | | Buy (add'l) | 08/31/10 | J | | |
| 337. | | | | | Buy (add'l) | 09/08/10 | J | | |
| 338. | | | | | Buy (add'l) | 09/30/10 | J | | |
| 339. | | | | | Buy (add'l) | 10/29/10 | J | | |
| 340. | | | | | Buy (add'l) | 11/30/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/29/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Buy (add'l) | 12/17/10 | J | | |
| 342. | | | | | Buy (add'l) | 12/31/10 | J | | |
| 343. -Buckeye Partners LP | | | | | | | | | |
| 344. -Hugoton Royalty Trust | | | | | | | | | |
| 345. -Plum Creek Timber Co. | | | | | | | | | |
| 346. -Prologis Trust New Reit | | | | | | | | | |
| 347. -Alcoa Inc | | | | | | | | | |
| 348. -Citigroup Inc | | | | | | | | | |
| 349. -Wells Fargo XIV 8.625%68 | | | | | | | | | |
| 350. -Wells Fargo 8.00% Pfd | | | | | | | | | |
| 351. -T Rowe Price Tax Free | | | | | Buy (add'l) | 01/29/10 | J | | |
| 352. | | | | | Buy (add'l) | 02/26/10 | J | | |
| 353. | | | | | Buy (add'l) | 03/31/10 | J | | |
| 354. | | | | | Buy (add'l) | 04/30/10 | J | | |
| 355. | | | | | Buy (add'l) | 05/28/10 | J | | |
| 356. | | | | | Buy (add'l) | 06/30/10 | J | | |
| 357. | | | | | Buy (add'l) | 07/30/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/29/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 358. | | | | | Buy (add'l) | 08/31/10 | J | | |
| 359. | | | | | Buy (add'l) | 09/30/10 | J | | |
| 360. | | | | | Buy (add'l) | 10/29/10 | J | | |
| 361. | | | | | Buy (add'l) | 11/30/10 | J | | |
| 362. | | | | | Buy (add'l) | 12/31/10 | J | | |
| 363. -Vanguard GNMA Fund | | | | | Buy (add'l) | 01/29/10 | J | | |
| 364. | | | | | Buy (add'l) | 02/26/10 | J | | |
| 365. | | | | | Buy (add'l) | 03/29/10 | J | | |
| 366. | | | | | Buy (add'l) | 03/31/10 | J | | |
| 367. | | | | | Buy (add'l) | 04/30/10 | J | | |
| 368. | | | | | Buy (add'l) | 05/28/10 | J | | |
| 369. | | | | | Buy (add'l) | 06/30/10 | J | | |
| 370. | | | | | Buy (add'l) | 07/30/10 | J | | |
| 371. | | | | | Buy (add'l) | 08/31/10 | J | | |
| 372. | | | | | Buy (add'l) | 09/30/10 | J | | |
| 373. | | | | | Buy (add'l) | 10/29/10 | J | | |
| 374. | | | | | Buy (add'l) | 11/30/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000.000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/29/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 375. | | | | | Buy (add'l) | 12/30/10 | J | | |
| 376. | | | | | Buy (add'l) | 12/31/10 | J | | |
| 377. -Wells Fargo Advantage Ult S/T Mun In Inv | | | | | Buy (add'l) | 01/29/10 | J | | |
| 378. | | | | | Buy (add'l) | 02/26/10 | J | | |
| 379. | | | | | Buy (add'l) | 03/31/10 | J | | |
| 380. | | | | | Buy (add'l) | 04/30/10 | J | | |
| 381. | | | | | Buy (add'l) | 05/28/10 | J | | |
| 382. | | | | | Buy (add'l) | 06/30/10 | J | | |
| 383. | | | | | Buy (add'l) | 07/30/10 | J | | |
| 384. | | | | | Buy (add'l) | 08/31/10 | J | | |
| 385. | | | | | Buy (add'l) | 09/30/10 | J | | |
| 386. | | | | | Buy (add'l) | 10/29/10 | J | | |
| 387. | | | | | Buy (add'l) | 11/30/10 | J | | |
| 388. | | | | | Buy (add'l) | 12/31/10 | J | | |
| 389. -Wells Fargo Advantage S/T Muni Bd Inv | | | | | Buy (add'l) | 01/29/10 | J | | |
| 390. | | | | | Buy (add'l) | 02/26/10 | J | | |
| 391. | | | | | Buy (add'l) | 03/31/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/29/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392. | | | | | Buy (add'l) | 04/30/10 | J | | |
| 393. | | | | | Buy (add'l) | 05/28/10 | J | | |
| 394. | | | | | Buy (add'l) | 06/30/10 | J | | |
| 395. | | | | | Buy (add'l) | 07/30/10 | J | | |
| 396. | | | | | Buy (add'l) | 08/31/10 | J | | |
| 397. | | | | | Buy (add'l) | 09/30/10 | J | | |
| 398. | | | | | Buy (add'l) | 10/29/10 | J | | |
| 399. | | | | | Buy (add'l) | 11/30/10 | J | | |
| 400. | | | | | Buy (add'l) | 12/10/10 | J | | |
| 401. | | | | | Buy (add'l) | 12/31/10 | J | | |
| 402. -Teradata Corp | | | | | | | | | |
| 403. -NCR | | | | | | | | | |
| 404. - Blackrock Long Term Muni | | | | | Open | 04/26/10 | L | | Transfer from Brokerage #4 |
| 405. | | | | | Open | 05/17/10 | J | | Transfer from Brokerage #4 |
| 406. -Clough Global Oppty Fund | | | | | Open | 04/26/10 | J | | Transfer from Brokerage #4 |
| 407. -Eaton Vance Enhanced | | | | | Open | 04/26/10 | J | | Transfer from Brokerage #4 |
| 408. -KBW, Inc | | | | | Open | 04/26/10 | J | | Transfer from Brokerage #4 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/29/2011 |

## VII. INVESTMENTS and TRUSTS  – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 409. | | | | | Sold | 05/04/10 | J | A | |
| 410. -Nuveen Core Equity Fund | | | | | Open | 04/26/10 | J | | Transfer from Brokerage #4 |
| 411. -Pimco Global Stocks Plus | | | | | Open | 04/26/10 | J | | Transfer from Brokerage #4 |
| 412. -Travelers Companies Inc | | | | | Open | 04/26/10 | J | | Transfer from Brokerage #4 |
| 413. IRA Acct #8 | E | Int./Div. | O | T | | | | | |
| 414. -Schwab Bank | | | | | Buy | 04/27/10 | J | | |
| 415. | | | | | Buy (add'l) | 08/16/10 | J | | |
| 416. -Vanguard Energy (Y) | | | | | Open | 08/13/10 | K | | Transfer from IRA Acct #4 |
| 417. | | | | | Buy (add'l) | 12/16/10 | J | | |
| 418. -Vanguard GNMA Fund | | | | | Open | 02/22/10 | M | | Transfer from IRA #7 |
| 419. | | | | | Buy (add'l) | 02/26/10 | J | | |
| 420. | | | | | Buy (add'l) | 03/29/10 | J | | |
| 421. | | | | | Buy (add'l) | 03/29/10 | J | | |
| 422. | | | | | Buy (add'l) | 03/31/10 | J | | |
| 423. | | | | | Buy (add'l) | 04/30/10 | J | | |
| 424. | | | | | Buy (add'l) | 05/28/10 | J | | |
| 425. | | | | | Buy (add'l) | 06/30/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/29/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 426. | | | | | Buy (add'l) | 07/30/10 | J | | |
| 427. | | | | | Buy (add'l) | 08/31/10 | J | | |
| 428. | | | | | Buy (add'l) | 09/30/10 | J | | |
| 429. | | | | | Buy (add'l) | 10/29/10 | J | | |
| 430. | | | | | Buy (add'l) | 11/30/10 | J | | |
| 431. | | | | | Buy (add'l) | 12/31/10 | J | | |
| 432. -Vanguard Short Term Investmt Grade Fd | | | | | Open | 02/22/10 | J | | Transfer from IRA #7 |
| 433. | | | | | Buy (add'l) | 02/26/10 | J | | |
| 434. | | | | | Buy (add'l) | 03/31/10 | J | | |
| 435. | | | | | Buy (add'l) | 04/30/10 | J | | |
| 436. | | | | | Buy (add'l) | 05/28/10 | J | | |
| 437. | | | | | Buy (add'l) | 06/30/10 | J | | |
| 438. | | | | | Buy (add'l) | 07/30/10 | J | | |
| 439. | | | | | Buy (add'l) | 08/31/10 | J | | |
| 440. | | | | | Buy (add'l) | 09/30/10 | J | | |
| 441. | | | | | Buy (add'l) | 10/29/10 | J | | |
| 442. | | | | | Buy (add'l) | 11/30/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/29/2011 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 443. | | | | | Buy (add'l) | 12/31/10 | J | | |
| 444. -TRowe Price New Era Fd | | | | | Open | 02/22/10 | J | | Transfer from IRA #7 |
| 445. | | | | | Buy (add'l) | 12/15/10 | J | | |
| 446. -Conocophillips | | | | | Open | 02/22/10 | J | | Transfer from IRA #7 |
| 447. | | | | | Buy (add'l) | 03/02/10 | J | | |
| 448. | | | | | Buy (add'l) | 06/01/10 | J | | |
| 449. | | | | | Buy (add'l) | 09/01/10 | J | | |
| 450. | | | | | Buy (add'l) | 12/01/10 | J | | |
| 451. -Intl Business Machines (IBM) | | | | | Open | 02/22/10 | J | | Transfer from IRA #7 |
| 452. -Sequoia | | | | | Open | 02/22/10 | J | | Transfer from IRA #7 |
| 453. | | | | | Buy (add'l) | 11/15/10 | J | | |
| 454. | | | | | Buy (add'l) | 12/28/10 | J | | |
| 455. -Cerner | | | | | Open | 02/22/10 | K | | Transfer from IRA #7 |
| 456. -Citigroup Inc | | | | | Open | 02/22/10 | J | | Transfer from IRA #7 |
| 457. -Devon Energy CP | | | | | Open | 02/22/10 | J | | Transfer from IRA #7 |
| 458. | | | | | Buy (add'l) | 04/01/10 | J | | |
| 459. | | | | | Buy (add'l) | 06/30/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/29/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Buy (add'l) | 09/20/10 | J | | |
| 461. | | | | | Buy (add'l) | 09/30/10 | J | | |
| 462. | | | | | Buy (add'l) | 12/31/10 | J | | |
| 463. -Dominion Res Inc va | | | | | Open | 02/22/10 | J | | Transfer from IRA #7 |
| 464. | | | | | Buy (add'l) | 03/23/10 | J | | |
| 465. | | | | | Buy (add'l) | 06/21/10 | J | | |
| 466. | | | | | Buy (add'l) | 09/02/10 | J | | |
| 467. | | | | | Buy (add'l) | 12/20/10 | J | | |
| 468. -Gafisa Adr | | | | | Open | 02/22/10 | J | | Transfer from IRA #7 |
| 469. -Kinder Morgan Mgmt LLC | | | | | Open | 02/22/10 | K | | Transfer from IRA #7 |
| 470. -Pimco Corp Income Fund | | | | | Open | 02/22/10 | K | | Transfer from IRA #7 |
| 471. | | | | | Buy (add'l) | 03/31/10 | J | | |
| 472. | | | | | Buy (add'l) | 05/03/10 | J | | |
| 473. | | | | | Buy (add'l) | 06/01/10 | J | | |
| 474. | | | | | Buy (add'l) | 06/29/10 | J | | |
| 475. | | | | | Buy (add'l) | 08/03/10 | J | | |
| 476. | | | | | Buy (add'l) | 09/01/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/29/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 477. | | | | | Buy (add'l) | 09/29/10 | J | | |
| 478. | | | | | Buy (add'l) | 11/01/10 | J | | |
| 479. | | | | | Buy (add'l) | 12/01/10 | J | | |
| 480. | | | | | Buy (add'l) | 12/29/10 | J | | |
| 481. -Randgold Res Ltd Adr | | | | | Open | 02/22/10 | J | | Transfer from IRA #7 |
| 482. -Tellabs Inc | | | | | Open | 02/22/10 | J | | Transfer from IRA #7 |
| 483. | | | | | Buy (add'l) | 05/28/10 | J | | |
| 484. | | | | | Buy (add'l) | 08/30/10 | J | | |
| 485. | | | | | Buy (add'l) | 11/26/10 | J | | |
| 486. -Verizon Communications | | | | | Open | 02/22/10 | J | | Transfer from IRA #7 |
| 487. | | | | | Buy (add'l) | 05/03/10 | J | | |
| 488. -Frontier Communications | | | | | Spinoff (from line 486) | 07/01/10 | J | | |
| 489. -Warner Chilcott Plc | | | | | Open | 02/22/10 | K | | Transfer from IRA #7 |
| 490. -Harbor Bond Fund Inst Cl | | | | | Open | 02/22/10 | J | | Transfer from IRA #7 |
| 491. | | | | | Buy (add'l) | 03/30/10 | J | | |
| 492. | | | | | Buy (add'l) | 06/29/10 | J | | |
| 493. | | | | | Buy (add'l) | 09/29/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/29/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Buy (add'l) | 12/17/10 | J | | |
| 495. -Janus Short Term Bd Fd | | | | | Open | 02/22/10 | K | | Transfer from IRA #7 |
| 496. | | | | | Buy (add'l) | 02/26/10 | J | | |
| 497. | | | | | Buy (add'l) | 03/31/10 | J | | |
| 498. | | | | | Buy (add'l) | 04/30/10 | J | | |
| 499. | | | | | Buy (add'l) | 05/28/10 | J | | |
| 500. | | | | | Buy (add'l) | 06/30/10 | J | | |
| 501. | | | | | Buy (add'l) | 07/30/10 | J | | |
| 502. | | | | | Buy (add'l) | 08/31/10 | J | | |
| 503. | | | | | Buy (add'l) | 09/30/10 | J | | |
| 504. | | | | | Buy (add'l) | 10/29/10 | J | | |
| 505. | | | | | Buy (add'l) | 11/30/10 | J | | |
| 506. | | | | | Buy (add'l) | 12/22/10 | J | | |
| 507. | | | | | Buy (add'l) | 12/31/10 | J | | |
| 508. -Ridgeworth US Gov Sec | | | | | Open | 02/22/10 | K | | Transfer from IRA #7 |
| 509. | | | | | Buy (add'l) | 02/26/10 | J | | |
| 510. | | | | | Buy (add'l) | 03/31/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/29/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | Buy (add'l) | 04/30/10 | J | | |
| 512. | | | | | Buy (add'l) | 05/28/10 | J | | |
| 513. | | | | | Buy (add'l) | 06/30/10 | J | | |
| 514. | | | | | Buy (add'l) | 07/30/10 | J | | |
| 515. | | | | | Buy (add'l) | 08/31/10 | J | | |
| 516. | | | | | Buy (add'l) | 09/30/10 | J | | |
| 517. | | | | | Buy (add'l) | 10/29/10 | J | | |
| 518. | | | | | Buy (add'l) | 11/30/10 | J | | |
| 519. | | | | | Buy (add'l) | 12/31/10 | J | | |
| 520. -TCW Total Return Bond | | | | | Open | 02/22/10 | K | | Transfer from IRA #7 |
| 521. | | | | | Buy (add'l) | 02/26/10 | J | | |
| 522. | | | | | Buy (add'l) | 03/31/10 | J | | |
| 523. | | | | | Buy (add'l) | 04/30/10 | J | | |
| 524. | | | | | Buy (add'l) | 05/28/10 | J | | |
| 525. | | | | | Buy (add'l) | 06/30/10 | J | | |
| 526. | | | | | Buy (add'l) | 07/30/10 | J | | |
| 527. | | | | | Buy (add'l) | 08/31/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Rovner, Ilana D. | 07/29/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 528. | | | | | Buy (add'l) | 09/30/10 | J | | |
| 529. | | | | | Buy (add'l) | 11/01/10 | J | | |
| 530. | | | | | Buy (add'l) | 11/30/10 | J | | |
| 531. | | | | | Buy (add'l) | 12/29/10 | J | | |
| 532. -Thompson Plumb Bond Fund | | | | | Open | 02/22/10 | K | | Transfer from IRA #7 |
| 533. | | | | | Buy (add'l) | 03/29/10 | J | | |
| 534. | | | | | Buy (add'l) | 06/28/10 | J | | |
| 535. | | | | | Buy (add'l) | 09/28/10 | J | | |
| 536. | | | | | Buy (add'l) | 12/16/10 | J | | |
| 537. -Vanguard Short Term Bond | | | | | Open | 02/22/10 | K | | Transfer from IRA #7 |
| 538. | | | | | Buy (add'l) | 02/26/10 | J | | |
| 539. | | | | | Buy (add'l) | 03/31/10 | J | | |
| 540. | | | | | Buy (add'l) | 03/31/10 | J | | |
| 541. | | | | | Buy (add'l) | 03/31/10 | J | | |
| 542. | | | | | Buy (add'l) | 04/30/10 | J | | |
| 543. | | | | | Buy (add'l) | 05/28/10 | J | | |
| 544. | | | | | Buy (add'l) | 06/30/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/29/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | Buy (add'l) | 07/30/10 | J | | |
| 546. | | | | | Buy (add'l) | 08/31/10 | J | | |
| 547. | | | | | Buy (add'l) | 09/30/10 | J | | |
| 548. | | | | | Buy (add'l) | 10/29/10 | J | | |
| 549. | | | | | Buy (add'l) | 11/30/10 | J | | |
| 550. | | | | | Buy (add'l) | 12/31/10 | J | | |
| 551. -Annaly Capital Mgmt | | | | | Open | 02/22/10 | K | | Transfer from IRA #7 |
| 552. | | | | | Buy (add'l) | 04/29/10 | J | | |
| 553. | | | | | Buy (add'l) | 07/29/10 | J | | |
| 554. | | | | | Buy (add'l) | 10/28/10 | J | | |
| 555. -Government Ppty Income Tr | | | | | Open | 02/22/10 | K | | Transfer from IRA #7 |
| 556. | | | | | Buy (add'l) | 05/24/10 | J | | |
| 557. | | | | | Buy (add'l) | 08/16/10 | J | | |
| 558. | | | | | Buy (add'l) | 11/23/10 | J | | |
| 559. -Ishares Iboxx Investop | | | | | Open | 02/22/10 | J | | Transfer from IRA #7 |
| 560. | | | | | Buy (add'l) | 06/07/10 | J | | |
| 561. -Ishares Msci Brazil Indx | | | | | Open | 02/22/10 | K | | Transfer from IRA #7 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/29/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 562. -Ishares Tr Barclay Tips | | | | | Open | 02/22/10 | J | | Transfer from IRA #7 |
| 563. | | | | | Buy (add'l) | 03/08/10 | J | | |
| 564. | | | | | Buy (add'l) | 04/09/10 | J | | |
| 565. | | | | | Buy (add'l) | 05/07/10 | J | | |
| 566. | | | | | Buy (add'l) | 06/07/10 | J | | |
| 567. | | | | | Buy (add'l) | 07/08/10 | J | | |
| 568. | | | | | Buy (add'l) | 08/06/10 | J | | |
| 569. | | | | | Buy (add'l) | 09/08/10 | J | | |
| 570. | | | | | Buy (add'l) | 10/07/10 | J | | |
| 571. | | | | | Buy (add'l) | 11/05/10 | J | | |
| 572. | | | | | Sold | 12/03/10 | J | A | |
| 573. -Ishares Trust Dow Jones | | | | | Open | 02/22/10 | J | | Transfer from IRA #7 |
| 574. | | | | | Buy (add'l) | 04/01/10 | J | | |
| 575. | | | | | Buy (add'l) | 06/30/10 | J | | |
| 576. | | | | | Buy (add'l) | 09/29/10 | J | | |
| 577. | | | | | Sold | 12/03/10 | J | A | |
| 578. -National Retail Pptys | | | | | Open | 02/22/10 | K | | Transfer from IRA #7 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/29/2011 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 579. | | | | | Buy (add'l) | 05/14/10 | J | | |
| 580. | | | | | Buy (add'l) | 08/16/10 | J | | |
| 581. | | | | | Buy (add'l) | 11/15/10 | J | | |
| 582.  -Plum Creek Timber Co | | | | | Open | 02/22/10 | J | | Transfer from IRA #7 |
| 583. | | | | | Buy (add'l) | 05/28/10 | J | | |
| 584. | | | | | Buy (add'l) | 08/31/10 | J | | |
| 585. | | | | | Buy (add'l) | 11/30/10 | J | | |
| 586.  -Spdr Gold Trust | | | | | Open | 02/22/10 | J | | Transfer from IRA #7 |
| 587.  -Aluminum Corp China ADR | | | | | Open | 02/22/10 | J | | Transfer from IRA #7 |
| 588.  -Bank of America Corp | | | | | Open | 02/22/10 | J | | Transfer from IRA #7 |
| 589. | | | | | Buy (add'l) | 03/29/10 | J | | |
| 590. | | | | | Buy (add'l) | 06/25/10 | J | | |
| 591. | | | | | Buy (add'l) | 09/24/10 | J | | |
| 592. | | | | | Buy (add'l) | 12/28/10 | J | | |
| 593.  -Blackrock Enhcd Cap & Income | | | | | Open | 04/23/10 | J | | Transfer from IRA #1 |
| 594.  -Eaton Van Tax Adv | | | | | Open | 04/23/10 | J | | Transfer from IRA #1 |
| 595.  -Old Mutual Claymore Long (Y) | | | | | Open | 04/23/10 | J | | Transfer from IRA#1 Note 2 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/29/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 596. -Visa Inc Cl A | | | | | Open | 04/23/10 | J | | Transfer from IRA #1 |
| 597. | | | | | Buy (add'l) | 06/02/10 | J | | |
| 598. -Guggenheim Enhanced Eqty Income Fund (Y) | | | | | Merged (with line 595) | 06/22/10 | J | | See Note 2 |
| 599. Transamerica Life Insurance (Y) | G | Distribution | | | Closed | 03/02/10 | J | | See Note 1 |
| 600. Trust #2 | D | Int./Div. | J | T | | | | | |
| 601. -Sch Amt TF MMF | | | | | Open | 02/22/10 | K | | |
| 602. -Alaska Air Group Inc | | | | | Open | 02/22/10 | K | | Transfer from Brokerage #2 |
| 603. | | | | | Sold (part) | 08/12/10 | J | B | |
| 604. | | | | | Sold (part) | 08/12/10 | J | B | |
| 605. | | | | | Distributed | 12/21/10 | K | | Transfer to Trust #3 |
| 606. -Alcoa Inc | | | | | Open | 02/22/10 | J | | Transfer from Brokerage #2 |
| 607. | | | | | Distributed | 12/21/10 | J | | Transfer to Trust #3 |
| 608. -Anadarko Petroleum Corp | | | | | Open | 02/22/10 | J | | Transfer from Brokerage #2 |
| 609. | | | | | Distributed | 12/21/10 | J | | Transfer to Trust #3 |
| 610. -Bank of America Corp | | | | | Open | 02/22/10 | J | | Transfer from Brokerage #2 |
| 611. | | | | | Buy (add'l) | 06/28/10 | J | | |
| 612. | | | | | Buy (add'l) | 09/27/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/29/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. | | | | | Distributed | 12/21/10 | J | | Transfer to Trust #3 |
| 614. -Brocade Communs Sys New | | | | | Open | 02/22/10 | J | | Transfer from Brokerage #2 |
| 615. | | | | | Distributed | 12/21/10 | J | | Transfer to Trust #3 |
| 616. -Canadian Natural Res | | | | | Open | 02/22/10 | J | | Transfer from Brokerage #2 |
| 617. | | | | | Distributed | 12/21/10 | J | | Transfer to Trust #3 |
| 618. -Cerner Corp | | | | | Open | 02/22/10 | J | | Transfer from Brokerage #2 |
| 619. | | | | | Sold | 03/29/10 | J | B | |
| 620. -Eaton Vance Tax Managed | | | | | Open | 02/22/10 | J | | Transfer from Brokerage #2 |
| 621. | | | | | Buy (add'l) | 06/01/10 | J | | |
| 622. | | | | | Buy (add'l) | 09/01/10 | J | | |
| 623. | | | | | Buy (add'l) | 12/01/10 | J | | |
| 624. | | | | | Distributed | 12/21/10 | J | | Transfer to Trust #3 |
| 625. -Freeport McMorn 6.75% pfd | | | | | Open | 02/22/10 | J | | Transfer from Brokerage #2 |
| 626. | | | | | Sold (part) | 05/03/10 | J | | |
| 627. | | | | | Buy (add'l) | 08/03/10 | J | | |
| 628. | | | | | Buy (add'l) | 11/02/10 | J | | |
| 629. | | | | | Distributed | 12/21/10 | K | | Transfer to Trust #3 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/29/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. -Iamgold Corp | | | | | Open | 02/22/10 | J | | Transfer from Brokerage #2 |
| 631. | | | | | Distributed | 12/21/10 | K | | Transfer to Trust #3 |
| 632. -JPMorgan Chase & Co | | | | | Open | 02/22/10 | K | | Transfer from Brokerage #2 |
| 633. | | | | | Distributed | 12/21/10 | K | | Transfer to Trust #3 |
| 634. -Novellus Systems Inc. | | | | | Open | 02/22/10 | K | | Transfer from Brokerage #2 |
| 635. | | | | | Distributed | 12/21/10 | K | | Transfer to Trust #3 |
| 636. -Pimco Municipal Incm Fd | | | | | Open | 02/22/10 | J | | Transfer from Brokerage #2 |
| 637. | | | | | Buy (add'l) | 03/30/10 | J | | |
| 638. | | | | | Buy (add'l) | 05/03/10 | J | | |
| 639. | | | | | Buy (add'l) | 06/02/10 | J | | |
| 640. | | | | | Buy (add'l) | 06/30/10 | J | | |
| 641. | | | | | Buy (add'l) | 08/02/10 | J | | |
| 642. | | | | | Buy (add'l) | 09/02/10 | J | | |
| 643. | | | | | Buy (add'l) | 09/30/10 | J | | |
| 644. | | | | | Buy (add'l) | 11/02/10 | J | | |
| 645. | | | | | Buy (add'l) | 12/02/10 | J | | |
| 646. | | | | | Distributed | 12/21/10 | J | | Transfer to Trust #3 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/29/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 647.  -Plum Creek Timber Co | | | | | Open | 02/22/10 | J | | Transfer from Brokerage #2 |
| 648. | | | | | Buy (add'l) | 06/01/10 | J | | |
| 649. | | | | | Buy (add'l) | 09/01/10 | J | | |
| 650. | | | | | Buy (add'l) | 12/01/10 | J | | |
| 651. | | | | | Distributed | 12/21/10 | J | | Transfer to Trust #3 |
| 652.  -Vale Capital Ltd 5.5% 10F | | | | | Open | 02/22/10 | J | | Transfer from Brokerage #2 |
| 653. | | | | | Sold (part) | 06/15/10 | J | | |
| 654. | | | | | Distributed | 12/21/10 | J | | Transfer to Trust #3 |
| 655.  -Baird Intermediate Muni | | | | | Open | 02/22/10 | K | | Transfer from Brokerage #2 |
| 656. | | | | | Buy (add'l) | 02/25/10 | J | | |
| 657. | | | | | Buy (add'l) | 03/25/10 | J | | |
| 658. | | | | | Buy (add'l) | 04/29/10 | J | | |
| 659. | | | | | Buy (add'l) | 05/25/10 | J | | |
| 660. | | | | | Buy (add'l) | 06/25/10 | J | | |
| 661. | | | | | Buy (add'l) | 07/26/10 | J | | |
| 662. | | | | | Buy (add'l) | 08/25/10 | J | | |
| 663. | | | | | Buy (add'l) | 09/27/10 | J | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000         M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                               P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal               R =Cost (Real Estate Only)  S =Assessment                 T =Cash Market
   (See Column C2)              U =Book Value              V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/29/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 664. | | | | | Buy (add'l) | 10/25/10 | J | | |
| 665. | | | | | Buy (add'l) | 11/26/10 | J | | |
| 666. | | | | | Distributed | 12/21/10 | K | | Transfer to Trust #3 |
| 667. -Pimco High Yield Muni Bd | | | | | Open | 02/22/10 | J | | Transfer from Brokerage #2 |
| 668. | | | | | Buy (add'l) | 02/26/10 | J | | |
| 669. | | | | | Buy (add'l) | 03/31/10 | J | | |
| 670. | | | | | Buy (add'l) | 04/30/10 | J | | |
| 671. | | | | | Buy (add'l) | 05/28/10 | J | | |
| 672. | | | | | Buy (add'l) | 06/30/10 | J | | |
| 673. | | | | | Buy (add'l) | 07/30/10 | J | | |
| 674. | | | | | Buy (add'l) | 08/31/10 | J | | |
| 675. | | | | | Buy (add'l) | 09/30/10 | J | | |
| 676. | | | | | Buy (add'l) | 10/29/10 | J | | |
| 677. | | | | | Buy (add'l) | 11/30/10 | J | | |
| 678. | | | | | Distributed | 12/21/10 | J | | Transfer to Trust #3 |
| 679. -T Rowe Price Tax Free | | | | | Open | 02/22/10 | K | | Transfer from Brokerage #2 |
| 680. | | | | | Buy (add'l) | 02/26/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/29/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 681. | | | | | Buy (add'l) | 03/31/10 | J | | |
| 682. | | | | | Buy (add'l) | 04/30/10 | J | | |
| 683. | | | | | Buy (add'l) | 05/28/10 | J | | |
| 684. | | | | | Buy (add'l) | 06/30/10 | J | | |
| 685. | | | | | Buy (add'l) | 07/30/10 | J | | |
| 686. | | | | | Buy (add'l) | 08/31/10 | J | | |
| 687. | | | | | Buy (add'l) | 09/30/10 | J | | |
| 688. | | | | | Buy (add'l) | 10/29/10 | J | | |
| 689. | | | | | Buy (add'l) | 11/30/10 | J | | |
| 690. | | | | | Distributed | 12/21/10 | K | | Transfer to Trust #3 |
| 691. -Vanguard Gnma Fund | | ≥ | | | Open | 02/22/10 | L | | Transfer from Brokerage #2 |
| 692. | | | | | Buy (add'l) | 02/26/10 | J | | |
| 693. | | | | | Buy (add'l) | 03/31/10 | J | | |
| 694. | | | | | Buy (add'l) | 04/30/10 | J | | |
| 695. | | | | | Buy (add'l) | 05/28/10 | J | | |
| 696. | | | | | Buy (add'l) | 06/30/10 | J | | |
| 697. | | | | | Buy (add'l) | 07/30/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/29/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 698. | | | | | Buy (add'l) | 08/31/10 | J | | |
| 699. | | | | | Buy (add'l) | 09/30/10 | J | | |
| 700. | | | | | Buy (add'l) | 10/29/10 | J | | |
| 701. | | | | | Buy (add'l) | 11/30/10 | J | | |
| 702. | | | | | Distributed | 12/21/10 | L | | Transfer to Trust #3 |
| 703. -Wells Fargo Advantage | | | | | Open | 02/22/10 | K | | Transfer from Brokerage #2 |
| 704. | | | | | Buy (add'l) | 02/26/10 | J | | |
| 705. | | | | | Buy (add'l) | 03/31/10 | J | | |
| 706. | | | | | Buy (add'l) | 04/30/10 | J | | |
| 707. | | | | | Buy (add'l) | 05/28/10 | J | | |
| 708. | | | | | Buy (add'l) | 06/30/10 | J | | |
| 709. | | | | | Buy (add'l) | 07/30/10 | J | | |
| 710. | | | | | Buy (add'l) | 08/31/10 | J | | |
| 711. | | | | | Buy (add'l) | 09/30/10 | J | | |
| 712. | | | | | Buy (add'l) | 10/29/10 | J | | |
| 713. | | | | | Buy (add'l) | 11/30/10 | J | | |
| 714. | | | | | Buy (add'l) | 12/10/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/29/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 715. | | | | | Distributed | 12/21/10 | K | | Transfer to Trust #3 |
| 716. -Sun Life Shares | | | | | Open | 08/10/10 | J | | See Note 3 |
| 717. | | | | | Distributed | 12/21/10 | J | | Transfer to Trust #3 |
| 718. Trust #3 | A | Int./Div. | | | | | | | |
| 719. -Sch Amt TF MMF | | | | | Open | 04/15/10 | N | | See Note 1 |
| 720. | | | | | Closed | 12/22/10 | N | | Account Closed |
| 721. -Alaska Air Group Inc | | | | | Buy | 05/27/10 | J | | |
| 722. | | | | | Open | 12/21/10 | K | | Transfer from Trust #2 |
| 723. | | | | | Closed | 12/21/10 | K | | Account Closed |
| 724. -Nordstrom Inc | | | | | Buy | 10/13/10 | J | | |
| 725. | | | | | Closed | 12/21/10 | J | | Account Closed |
| 726. -Alcoa Inc | | | | | Open | 12/21/10 | J | | Transfer from Trust #2 |
| 727. | | | | | Closed | 12/21/10 | J | | Account Closed |
| 728. -Anadarko Petroleum Corp | | | | | Open | 12/21/10 | J | | Transfer from Trust #2 |
| 729. | | | | | Closed | 12/21/10 | J | | Account Closed |
| 730. -Baird intermediate Muni Bd | | | | | Open | 12/21/10 | K | | Transfer from Trust #2 |
| 731. | | | | | Closed | 12/21/10 | K | | Account Closed |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/29/2011 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 732. -Bank of America Corp | | | | | Open | 12/21/10 | J | | Transfer from Trust #2 |
| 733. | | | | | Closed | 12/21/10 | J | | Account Closed |
| 734. -Brocade Communs Sys | | | | | Open | 12/21/10 | J | | Transfer from Trust #2 |
| 735. | | | | | Closed | 12/21/10 | J | | Account Closed |
| 736. -Canadian Natural Res | | | | | Open | 12/21/10 | J | | Transfer from Trust #2 |
| 737. | | | | | Closed | 12/21/10 | J | | Account Closed |
| 738. -Eaton Van Tax Managed | | | | | Open | 12/21/10 | J | | Transfer from Trust #2 |
| 739. | | | | | Closed | 12/21/10 | J | | Account Closed |
| 740. - Freeport McMoran Copper | | | | | Open | 12/21/10 | K | | Transfer from Trust #2 |
| 741. | | | | | Closed | 12/21/10 | K | | Account Closed |
| 742. -Iamgold Corporation | | | | | Open | 12/21/10 | K | | Transfer from Trust #2 |
| 743. | | | | | Closed | 12/21/10 | K | | Account Closed |
| 744. -JPMorgan Chase & Co | | | | | Open | 12/21/10 | K | | Transfer from Trust #2 |
| 745. | | | | | Closed | 12/21/10 | K | | Account Closed |
| 746. -Novellus Systems Inc | | | | | Open | 12/21/10 | K | | Transfer from Trust #2 |
| 747. | | | | | Closed | 12/21/10 | K | | Account Closed |
| 748. -Pimco High Yield Muni bd | | | | | Open | 12/21/10 | J | | Transfer from Trust #2 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/29/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 749. | | | | | Closed | 12/21/10 | J | | Account Closed |
| 750. -Pimco Municipal Income fd | | | | | Open | 12/21/10 | J | | Transfer from Trust #2 |
| 751. | | | | | Closed | 12/21/10 | J | | Account Closed |
| 752. -Plum Creek Timber co | | | | | Open | 12/21/10 | J | | Transfer from Trust #2 |
| 753. | | | | | Closed | 12/21/10 | J | | Account Closed |
| 754. -Sun Life Financial Inc | | | | | Open | 12/21/10 | J | | Transfer from Trust #2 |
| 755. | | | | | Closed | 12/21/10 | J | | Account Closed |
| 756. -T Rowe Price Tax Free Short Intermediate Fund | | | | | Open | 12/21/10 | K | | Transfer from Trust #2 |
| 757. | | | | | Closed | 12/21/10 | K | | Account Closed |
| 758. -Vale SA ADR | | | | | Open | 12/21/10 | J | | Transfer from Trust #2 |
| 759. | | | | | Closed | 12/21/10 | J | | Account Closed |
| 760. -Vanguard GNMA Fund | | | | | Open | 12/21/10 | L | | Transfer from Trust #2 |
| 761. | | | | | Closed | 12/21/10 | L | | Account Closed |
| 762. -Wells Fargo Advantage ST Muni Bond Inv | | | | | Open | 12/21/10 | K | | Transfer from Trust #2 |
| 763. | | | | | Closed | 12/21/10 | K | | Account Closed |
| 764. Trust #4 | D | Dividend | O | T | | | | | |
| 765. -Fidelity Tax-Free Money Market | | | | | Open | 02/23/10 | J | | Transfer from Brokerage #3 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/29/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. -AT&T Inc Com | | | | | Open | 02/23/10 | K | | Transfer from Brokerage #1 |
| 767. -Agnico Eagle Mines Com NPV | | | | | Open | 02/23/10 | J | | Transfer from Brokerage #1 |
| 768. -Alcoa Inc | | | | | Open | 02/23/10 | J | | Transfer from Brokerage #1 |
| 769. -Anadarko Pete Corp | | | | | Open | 02/23/10 | J | | Transfer from Brokerage #1 |
| 770. -Apple Inc | | | | | Open | 02/23/10 | J | | Transfer from Brokerage #1 |
| 771. -Brocade Communications Sys | | | | | Open | 02/23/10 | J | | Transfer from Brokerage #1 |
| 772. -Enbridge Energy Partners LP | | | | | Open | 02/23/10 | J | | Transfer from Brokerage #1 |
| 773. -Govt Pptys Income Tr Com Shs | | | | | Open | 02/23/10 | K | | Transfer from Brokerage #1 |
| 774. -Ishares Inc MSCI Canada Index Fd | | | | | Open | 02/23/10 | K | | Transfer from Brokerage #1 |
| 775. -JTC Hldgs Corp | | | | | Open | 02/23/10 | J | | Transfer from Brokerage #1 |
| 776. -Pimco Mun Income Fd II | | | | | Open | 02/23/10 | K | | Transfer from Brokerage #1 |
| 777. -Range Resources Corp | | | | | Open | 02/23/10 | J | | Transfer from Brokerage #1 |
| 778. -SPDR Ser Tr Morgan Stanley Tech | | | | | Open | 02/23/10 | J | | Transfer from Brokerage #1 |
| 779. -Tata Motors Limited Adr Ea Rep | | | | | Open | 02/23/10 | K | | Transfer from Brokerage #1 |
| 780. -Fidelity Canada (FICDX) | | | | | Open | 02/23/10 | K | | Transfer from Brokerage #1 |
| 781. | | | | | Buy (add'l) | 12/03/10 | J | | |
| 782. | | | | | Buy (add'l) | 12/30/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/29/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. -American Century Tax Free Bond (TWTIX) | | | | | Open | 02/23/10 | K | | Transfer from Brokerage #1 |
| 784. | | | | | Buy (add'l) | 02/26/10 | J | | |
| 785. | | | | | Buy (add'l) | 03/31/10 | J | | |
| 786. | | | | | Buy (add'l) | 04/30/10 | J | | |
| 787. | | | | | Buy (add'l) | 05/28/10 | J | | |
| 788. | | | | | Buy (add'l) | 06/30/10 | J | | |
| 789. | | | | | Buy (add'l) | 07/30/10 | J | | |
| 790. | | | | | Buy (add'l) | 08/31/10 | J | | |
| 791. | | | | | Buy (add'l) | 09/30/10 | J | | |
| 792. | | | | | Buy (add'l) | 10/29/10 | J | | |
| 793. | | | | | Buy (add'l) | 11/30/10 | J | | |
| 794. -Baird Intermediate Muni Bond Invs Cl (BMBSX) | | | | | Open | 02/23/10 | M | | Transfer from Brokerage #1 |
| 795. | | | | | Buy (add'l) | 02/26/10 | J | | |
| 796. | | | | | Buy (add'l) | 03/25/10 | J | | |
| 797. | | | | | Buy (add'l) | 04/26/10 | J | | |
| 798. | | | | | Buy (add'l) | 05/25/10 | J | | |
| 799. | | | | | Buy (add'l) | 06/25/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/29/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. | | | | | Buy (add'l) | 07/26/10 | J | | |
| 801. | | | | | Buy (add'l) | 08/25/10 | J | | |
| 802. | | | | | Buy (add'l) | 09/27/10 | J | | |
| 803. | | | | | Buy (add'l) | 10/25/10 | J | | |
| 804. | | | | | Buy (add'l) | 11/26/10 | J | | |
| 805. | | | | | Buy (add'l) | 12/27/10 | J | | |
| 806. -Marshall Intermed Tax Free Cl Y (MITFX) | | | | | Open | 02/23/10 | K | | Transfer from Brokerage #1 |
| 807. | | | | | Buy (add'l) | 02/26/10 | J | | |
| 808. | | | | | Buy (add'l) | 03/31/10 | J | | |
| 809. | | | | | Buy (add'l) | 04/30/10 | J | | |
| 810. | | | | | Buy (add'l) | 05/28/10 | J | | |
| 811. | | | | | Buy (add'l) | 06/30/10 | J | | |
| 812. | | | | | Buy (add'l) | 07/30/10 | J | | |
| 813. | | | | | Buy (add'l) | 08/31/10 | J | | |
| 814. | | | | | Buy (add'l) | 09/30/10 | J | | |
| 815. | | | | | Buy (add'l) | 10/29/10 | J | | |
| 816. | | | | | Buy (add'l) | 11/30/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/29/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 817. | | | | | Buy (add'l) | 12/09/10 | J | | |
| 818.   -Pimco Total Return Class D (PTTDX) | | | | | Open | 02/23/10 | K | | Transfer from Brokerage #1 |
| 819. | | | | | Buy (add'l) | 02/26/10 | J | | |
| 820. | | | | | Buy (add'l) | 03/31/10 | J | | |
| 821. | | | | | Buy (add'l) | 04/30/10 | J | | |
| 822. | | | | | Buy (add'l) | 05/28/10 | J | | |
| 823. | | | | | Buy (add'l) | 06/30/10 | J | | |
| 824. | | | | | Buy (add'l) | 07/30/10 | J | | |
| 825. | | | | | Buy (add'l) | 08/31/10 | J | | |
| 826. | | | | | Buy (add'l) | 09/30/10 | J | | |
| 827. | | | | | Buy (add'l) | 10/29/10 | J | | |
| 828. | | | | | Buy (add'l) | 11/30/10 | J | | |
| 829. | | | | | Buy (add'l) | 12/08/10 | J | | |
| 830.   -T Rowe Price Tax Free Short Inter (PRFSX) | | | | | Open | 02/23/10 | M | | Transfer from Brokerage #1 |
| 831. | | | | | Buy (add'l) | 02/26/10 | J | | |
| 832. | | | | | Buy (add'l) | 03/31/10 | J | | |
| 833. | | | | | Buy (add'l) | 04/30/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/29/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. | | | | | Buy (add'l) | 05/28/10 | J | | |
| 835. | | | | | Buy (add'l) | 06/30/10 | J | | |
| 836. | | | | | Buy (add'l) | 07/30/10 | J | | |
| 837. | | | | | Buy (add'l) | 08/31/10 | J | | |
| 838. | | | | | Buy (add'l) | 09/30/10 | J | | |
| 839. | | | | | Buy (add'l) | 10/29/10 | J | | |
| 840. | | | | | Buy (add'l) | 11/30/10 | J | | |
| 841. -Thornburg Ltd Term Municipal Fund Cl A (LTMFX) | | | | | Open | 02/23/10 | J | | Transfer from Brokerage #1 |
| 842. | | | | | Buy (add'l) | 02/26/10 | J | | |
| 843. | | | | | Buy (add'l) | 03/31/10 | J | | |
| 844. | | | | | Buy (add'l) | 04/30/10 | J | | |
| 845. | | | | | Buy (add'l) | 05/28/10 | J | | |
| 846. | | | | | Buy (add'l) | 06/30/10 | J | | |
| 847. | | | | | Buy (add'l) | 07/30/10 | J | | |
| 848. | | | | | Buy (add'l) | 08/31/10 | J | | |
| 849. | | | | | Buy (add'l) | 09/30/10 | J | | |
| 850. | | | | | Buy (add'l) | 10/29/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/29/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 851. | | | | | Buy (add'l) | 11/30/10 | J | | |
| 852. -Thornburg Strategic Municipal Income C (TSSCX) | | | | | Open | 02/23/10 | L | | Transfer from Brokerage #1 |
| 853. | | | | | Buy (add'l) | 02/26/10 | J | | |
| 854. | | | | | Buy (add'l) | 03/31/10 | J | | |
| 855. | | | | | Buy (add'l) | 04/30/10 | J | | |
| 856. | | | | | Buy (add'l) | 05/28/10 | J | | |
| 857. | | | | | Buy (add'l) | 06/30/10 | J | | |
| 858. | | | | | Buy (add'l) | 07/30/10 | J | | |
| 859. | | | | | Buy (add'l) | 08/31/10 | J | | |
| 860. | | | | | Buy (add'l) | 09/30/10 | J | | |
| 861. | | | | | Buy (add'l) | 10/29/10 | J | | |
| 862. | | | | | Buy (add'l) | 11/19/10 | J | | |
| 863. | | | | | Buy (add'l) | 11/30/10 | J | | |
| 864. -Vanguard GNMA (VFIIX) | | | | | Open | 02/23/10 | J | | Transfer from Brokerage #1 |
| 865. | | | | | Buy (add'l) | 02/26/10 | J | | |
| 866. | | | | | Buy (add'l) | 03/30/10 | J | | |
| 867. | | | | | Buy (add'l) | 03/31/10 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/29/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 868. | | | | | Buy (add'l) | 04/30/10 | J | | |
| 869. | | | | | Buy (add'l) | 05/28/10 | J | | |
| 870. | | | | | Buy (add'l) | 06/30/10 | J | | |
| 871. | | | | | Buy (add'l) | 07/30/10 | J | | |
| 872. | | | | | Buy (add'l) | 08/31/10 | J | | |
| 873. | | | | | Buy (add'l) | 09/30/10 | J | | |
| 874. | | | | | Buy (add'l) | 10/29/10 | J | | |
| 875. | | | | | Buy (add'l) | 11/30/10 | J | | |
| 876. | | | | | Buy (add'l) | 12/31/10 | J | | |
| 877. -Wells Fargo Ultra Shrt Tm Muni Inc-Adv (SMUAX) | | | | | Open | 02/23/10 | K | | Transfer from Brokerage #1 |
| 878. | | | | | Buy (add'l) | 02/26/10 | J | | |
| 879. | | | | | Buy (add'l) | 03/31/10 | J | | |
| 880. | | | | | Buy (add'l) | 04/30/10 | J | | |
| 881. | | | | | Buy (add'l) | 05/28/10 | J | | |
| 882. | | | | | Buy (add'l) | 06/30/10 | J | | |
| 883. | | | | | Buy (add'l) | 07/30/10 | J | | |
| 884. | | | | | Buy (add'l) | 08/31/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/29/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885. | | | | | Buy (add'l) | 09/30/10 | J | | |
| 886. | | | | | Buy (add'l) | 10/29/10 | J | | |
| 887. | | | | | Buy (add'l) | 11/30/10 | J | | |
| 888.  -Wells Fargo Short Term Muni Bd-Invest (STSMX) | | | | | Open | 02/23/10 | L | | Transfer from Brokerage #1 |
| 889. | | | | | Buy (add'l) | 02/26/10 | J | | |
| 890. | | | | | Buy (add'l) | 03/31/10 | J | | |
| 891. | | | | | Buy (add'l) | 04/30/10 | J | | |
| 892. | | | | | Buy (add'l) | 05/28/10 | J | | |
| 893. | | | | | Buy (add'l) | 06/30/10 | J | | |
| 894. | | | | | Buy (add'l) | 07/30/10 | J | | |
| 895. | | | | | Buy (add'l) | 08/31/10 | J | | |
| 896. | | | | | Buy (add'l) | 09/30/10 | J | | |
| 897. | | | | | Buy (add'l) | 10/29/10 | J | | |
| 898. | | | | | Buy (add'l) | 11/30/10 | J | | |
| 899. | | | | | Buy (add'l) | 12/13/10 | J | | |
| 900.  -Hatteras Finl Corp Com (HTS) | | | | | Open | 02/23/10 | K | | Transfer from Brokerage #1 |
| 901. Sun Life Assurance Company | | None | | | Closed | 02/26/10 | J | | Proceeds from Life Ins. |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

NOTE 1: In regard to Transamerica Life Insurance Company, Trust #3 received the face amount of the policy in 2010 after her ▓▓▓ passed away on 11/27/09. Trust # 3 was then transferred to ▓▓▓▓▓▓▓ on 12/22/10.

NOTE 2: Name change occurred within the year from Old Mutual Claymore to Guggenheim Enhanced Equity Income Fund on 6/22/10 in the IRA #8 account.

NOTE 3: Name changed occurred from VSP Energy to Vangaurd Engergy. This flows through with each transfer from IRA Account #6 to IRA Account #4 to IRA #8 and remains in IRA #8.

NOTE 4: Name changed occurred when the transfer from Retirement Account #2 to IRA Acct #5 on 3/16/10. The name changed from Fidelity Cash Reserve to Fidelity Government Money Mkt.

NOTE 5: As mentioned in several notes above and in Part VII. Investment and Trust, there were several accounts transferred and closed during the year. The following will discuss the transfers and which accounts are now closed:

NOTE 5A: Brokerage #1 transferred to Trust #4 on 2/23/10 and closed on 3/2/10.

NOTE 5B: IRA #1 recieved IRA #2 on 2/26/10 and transferred to IRA # 8 on 4/23/10 and closed on 4/23/10.

NOTE 5C: IRA #2 transferred to IRA #1 on 2/26/10 and closed on 2/26/10.

NOTE 5D: IRA #3 transferred to IRA #5 on 2/22/10 and closed on 2/22/10.

NOTE 5E: IRA #4 received IRA # 6 on 2/23/10 and transferred to IRA #8 on 8/13/10 and closed on 8/13/10.

NOTE 5F: IRA #5 received IRA #3 on 2/22/10 and received Retirement #2 on 3/16/10.

NOTE 5G:IRA #6 transferred to IRA #4 on 2/23/10 and closed on 2/23/10.

NOTE 5H: Retirement #1 transferred to IRA #8 on 4/27/10 and closed on 4/27/10.

NOTE 5I: IRA #7 transferred to IRA #8 on 2/22/10 and closed on 2/22/10.

NOTE 5J: Brokerage #2 transferred to Trust #2 on 2/22/10 and closed on 2/22/10.

NOTE 5K: Retirement #2 transferred to IRA #5 on 3/16/10 and closed on 3/16/10.

NOTE 5L: Brokerage #3 transferred to Trust #4 on 2/23/10 and closed on 2/23/10.

NOTE 5M: Brokerage #4 transferred to Trust #1 on 4/26/10 and closed on 4/26/10.

NOTE 5N: Trust #1 received Brokerage #4 on 4/26/10.

NOTE 5O: IRA #8 received IRA #7 on 2/22/10, received IRA #1 on 4/23/10, received Retirement #1 on 4/27/10, and received IRA #4 on 8/13/10.

NOTE 5P: Trust #2 received Brokerage #2 on 2/22/10, transferred most to Trust #3 on 12/21/10.

NOTE 5Q: Trust #3 received most of Trust #2 on 12/21/10 and closed on 12/22/10 (see NOTE 1).

NOTE 5R: Trust #4 received Brokerage #1 on 2/23/10 and Brokerage #3 on 2/23/10.

NOTE 6: There was an error in the 2009 Financial Disclosure Report by not showing the sale of Fidelity AMT Tax-Free Money Market (FIMXX) in September of 2009. The value code is N with no gain or loss.

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/29/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Ilana D. Rovner

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544